UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GOOD MAN PRODUCTIONS, INC.,

    Plaintiff,

v.                                                  Case No: 8:14-cv-2998-T-30AEP

JOHN MAKAR,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Settlement and Voluntary Dismissal with Prejudice of John Makar (Dkt. #18).   Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.      This cause is dismissed with prejudice.

2.      All pending motions are denied as moot.

3.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of May, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record